# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 20, 2017

## NO. 03-17-00003-CV

**Alice Lawson and Jeanie Dell Collins Carr, Appellants**

**v.**

**Ernest Boyd Collins and Ella Elizabeth Collins, Appellees**

## APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE JUSTICES FIELD AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE FIELD

This is an appeal from the probate court's "Order Confirming Arbitration Award and Denying Sanctions" signed on December 17, 2016 and the probate court's "Order Granting Applicant's No Evidence Motion for Summary Judgment" signed on November 3, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the orders. Therefore, the Court affirms the probate court's order confirming the arbitration award and ordering it enforced in accordance with its terms, and the Court also affirms the probate court's summary judgment order. Appellants shall pay all costs relating to this appeal, both in this Court and the court below.